*Auden Grogins*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided May 21, 2003

## ASHOK MAZUMDAR *v.* ABHA MAZUMDAR

*Ashok Mazumdar*, pro se, in support of the petition.

*Lori Welch-Rubin*, in opposition.

Decided May 21, 2003

## STATE OF CONNECTICUT *v.* CURTIS WIDLAK

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided May 28, 2003